FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re the Matter of:<br><br>R.J.M.'s Petition to Stay Civil Investigative Demand No. 17-10 Directed to R.J.M., Under 31 U.S.C. §§3729–3733 | No. 4:17-MC-0001-MKD<br><br>ORDER DENYING IN PART MOTION TO SEAL AND ORDER SETTING BRIEFING SCHEDULE<br><br>ECF No. 2 |

Before the Court is Petitioner's Motion to Seal the Matter (ECF No. 2). Consistent with the Court's ruling at the June 12, 2017 hearing, the Court declines to seal the matter in its entirety and will order briefing regarding whether any specific pleading should be filed under seal.

ORDER DENYING IN PART MOTION TO SEAL AND ORDER SETTING BRIEFING SCHEDULE - 1

**IT IS ORDERED:**

1. Petitioner's Motion to Seal Matter **(ECF No. 02) is DENIED IN PART**.

2. This matter shall be unsealed so that the case caption is available on the public docket. However, until further order of the Court, ECF Nos. 1-6, the transcript and recording of the June 12, 2017 hearing, and the order on the motion to stay shall remain **under seal**.

3. Respondent's response to Petitioner's Motion to Seal (ECF No. 2) is due by June 23, 2017. Specifically, Respondent should address whether any specific pleading/filing (ECF Nos. 1-6, the transcript and recording of the June 12, 2017 hearing, and the order on the motion to stay) should be filed under seal.

4. Petitioner's reply is due by July 7, 2017.

DATED June 19, 2017.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING IN PART MOTION TO SEAL AND ORDER SETTING BRIEFING SCHEDULE - 2